In the Matter of the Will of CLARA BIRDSELL, Deceased. JULIA WELLS, Respondent; KINGSBORO AVENUE PRESBYTERIAN CHURCH OF GLOVERSVILLE, Appellant.

Argued January 6, 1947; decided January 17, 1947.

*John D. Wood* for appellant.
*Floyd J. Reinhart* for respondent.

Order affirmed, with costs to all parties appearing separately and filing briefs payable out of the estate. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, THACHER and FULD, JJ. Taking no part: CONWAY, J.; DESMOND and DYE, JJ., dissent on the ground that paragraph fifth of the will, which is clear and complete, plainly devises and bequeaths the residue to the appellant church under the circumstances existing at testatrix' death.